UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Eric B Michaelson

    Debtor(s)

Case No. 09 B 06243

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/26/2009.

2) The plan was confirmed on 04/30/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 02/24/2014.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $52,709.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $36,300.00 |
| Less amount refunded to debtor | $300.00 |

**NET RECEIPTS:** $36,000.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,774.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,812.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,586.08

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Community Finance | Unsecured | 1,300.00 | 1,513.74 | 1,513.74 | 1,184.62 | 0.00 |
| Advance America | Unsecured | 2,052.00 | 2,052.00 | 2,052.00 | 1,605.85 | 0.00 |
| AFNI | Unsecured | 238.41 | NA | NA | 0.00 | 0.00 |
| Ameriloan | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 869.49 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,856.15 | 1,948.24 | 1,948.24 | 1,524.65 | 0.00 |
| CashNet USA | Unsecured | 252.90 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1,558.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 178.60 | NA | NA | 0.00 | 0.00 |
| Central Federal Savings | Unsecured | 1,500.00 | 2,174.22 | 2,174.22 | 1,701.50 | 0.00 |
| Cfc Deficiency Recover | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| Chase Receivables | Unsecured | 82.34 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 2,946.02 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Collect America | Unsecured | 1,163.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 415.23 | NA | NA | 0.00 | 0.00 |
| Commonwealth Radiology | Unsecured | 2.65 | NA | NA | 0.00 | 0.00 |
| Direct Loan Servicer | Unsecured | 12,096.00 | NA | NA | 0.00 | 0.00 |
| Dominion Virginia Power | Unsecured | 29.40 | NA | NA | 0.00 | 0.00 |
| East Side Lenders | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Fast Money 911 | Unsecured | 292.50 | NA | NA | 0.00 | 0.00 |
| Federal Express Corp | Unsecured | 19.77 | NA | NA | 0.00 | 0.00 |
| First Bank Of Delaware | Unsecured | 530.58 | NA | NA | 0.00 | 0.00 |
| First Bank Of Delaware | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Foundation For Emergency Svc | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Fox Enterprises | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| GRC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts Inc | Unsecured | 131.80 | NA | NA | 0.00 | 0.00 |
| Household Credit Services | Unsecured | 942.62 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,681.98 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Unsecured | NA | 1.83 | 1.83 | 1.43 | 0.00 |
| Internal Revenue Service | Priority | 3,215.78 | 3,144.88 | 3,144.88 | 3,144.88 | 0.00 |
| International Cash Advance | Unsecured | 445.97 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 454.15 | 417.58 | 417.58 | 326.79 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 487.16 | 337.16 | 337.16 | 263.85 | 0.00 |
| K V Karachorlu Md | Unsecured | 34.50 | NA | NA | 0.00 | 0.00 |
| LabCorp | Unsecured | 42.36 | NA | NA | 0.00 | 0.00 |
| Laboratory Corporation Of America | Unsecured | 3.60 | NA | NA | 0.00 | 0.00 |
| Leonard Leo Levin | Unsecured | 73.40 | NA | NA | 0.00 | 0.00 |
| Little Loan Shoppe | Unsecured | 300.00 | 2,015.00 | 2,015.00 | 773.02 | 0.00 |
| Loan Point USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Loan Shop | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Macy's | Unsecured | 613.00 | NA | NA | 0.00 | 0.00 |
| Magnum Cash Advance | Unsecured | 576.66 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,044.73 | 2,197.46 | 2,197.46 | 1,719.69 | 0.00 |
| Midland Funding LLC | Unsecured | 268.41 | 374.13 | 374.13 | 292.79 | 0.00 |
| Midwest Neoped Association | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Navajo Networks | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Nh Cash Com | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| Patient First | Unsecured | 42.36 | 25.51 | 25.51 | 19.96 | 0.00 |
| Paycheck Today | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PDL Loan Center | Unsecured | 325.00 | 195.00 | 195.00 | 152.61 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 504.90 | 519.74 | 519.74 | 406.74 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 340.36 | 340.36 | 340.36 | 266.36 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 623.17 | 802.34 | 802.34 | 627.90 | 0.00 |
| Premier Bankcard | Unsecured | 386.14 | 373.52 | 373.52 | 292.31 | 0.00 |
| Prosper Marketplace Inc | Unsecured | 9,490.00 | NA | NA | 0.00 | 0.00 |
| Providian Bancorp | Unsecured | 3,558.30 | NA | NA | 0.00 | 0.00 |
| Receivable Acquistion & Management Co | Unsecured | 50.92 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 663.93 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Richmond Community Emergency | Unsecured | 35.20 | NA | NA | 0.00 | 0.00 |
| South Baldwin Diagnostic Imaging | Unsecured | 184.00 | 228.40 | 228.40 | 178.74 | 0.00 |
| Southern Financial Systems | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Southern Financial Systems | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| St Bernard Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Stokes Clinton Fleming Sherling | Unsecured | 250.19 | NA | NA | 0.00 | 0.00 |
| Summitt Group | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Town Country National Bank | Unsecured | 200.07 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 19,951.68 | 20,356.06 | 20,356.06 | 15,930.23 | 0.00 |
| Universal Radiology | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago | Unsecured | 184.60 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 1,163.97 | NA | NA | 0.00 | 0.00 |
| University Pathology Associates | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,144.88 | $3,144.88 | $0.00 |
| **TOTAL PRIORITY**: | **$3,144.88** | **$3,144.88** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$35,872.29** | **$27,269.04** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,586.08 |
| Disbursements to Creditors | $30,413.92 |
| **TOTAL DISBURSEMENTS** : | **$36,000.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/03/2014        By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**